UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

KEVIN DWAYNE THERIOT,

        Plaintiff,

v.

UNKNOWN TAHO et al,

        Defendants.
_____/

Case No. 2:18-cv-164

Honorable Paul L. Maloney

**ORDER DENYING LEAVE
TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES**

In accordance with the opinion entered this day,

**IT IS ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

**IT IS ALSO ORDERED** that within twenty-eight (28) days hereof, Plaintiff shall pay the $400.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $400.00 filing fee.


Dated: November 1, 2018        /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             United States District Judge

**SEND REMITTANCES TO**:
Clerk, U.S. District Court
399 Federal Bldg.
110 Michigan St., N.W.
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**