UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

——

KEVIN DWAYNE THERIOT,

        Plaintiff,

v.

UNKNOWN TAHO et al.,

        Defendants.

_____/

Case No. 2:18-cv-164

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:   December 18, 2018          /s/ Paul L. Maloney       
                                                  Paul L. Maloney
                                                  United States District Judge